UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| KASHMIR L. BRAY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 2:11-cv-141-JMS-MJD |
| BRUCE LEMMAN, et al., | ) | |
| Defendants. | ) | |

# E N T R Y

The plaintiffs' request that this action proceed as a class action is **denied.** This ruling is made because: (1) the plaintiff is a member of the class he seeks to represent, making him a poor candidate as a representative who would also have to perform the role of counsel, *Loden v. Edgar*, 1994 WL 97726, *1 (N.D.Ill. Mar. 22, 1994); *see also Wagner v. Taylor*, 836 F.2d 578, 595-96 & n.126 (D.C.Cir. 1987); and 2) the plaintiff is a *pro se* litigant, also making him an inadequate class representative. *See Lasley v. Godinez*, 833 F. Supp. 714, 715 n.1 (N.D.Ill. 1993) (pro se prisoners could not adequately represent class of inmates); *Turner-El v. Illinois Bd. of Education*, 1994 WL 27874, at *1 (N.D.Ill. Jan. 31, 1994) ("Because a layman does not ordinarily possess the legal training and expertise necessary to protect the interests of a proposed class, courts are reluctant to certify a class represented by a pro se litigant.") (citations omitted) (*citing Phillips v. Tobin*, 548 F.2d 408, 413-14 (2d Cir. 1976); *Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir. 1975); *Ethnic Awareness Organization v. Gagnon*, 568 F. Supp. 1186, 1187 (E.D.Wis. 1983)).

**IT IS SO ORDERED.**

Date: 06/30/2011

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

KASHMIR L. BRAY
DOC #161617
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old U.S. Highway 41
CARLISLE, IN 47838